UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD E. STAHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11CV242JCH |
| ) | |
| MATTHEW RODDEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED THAT:**

1. As used in this Order, **CONFIDENTIAL MATERIAL** shall mean and refer to the following:

    A. Copy of Metropolitan Police Department – City of St. Louis, Office of the Chief of Police, Special Order 8-02, Section I.

2. All **CONFIDENTIAL MATERIAL** shall be retained only in the custody of the respective counsel of record, who shall be responsible for restricting disclosure in accordance with provisions of this Order. Specifically, counsel of record shall retain all **CONFIDENTIAL MATERIAL** within the confines of their personal offices except as is necessary to conduct the present litigation.

1

3. All **CONFIDENTIAL MATERIAL** and the facts and information in the **CONFIDENTIAL MATERIAL** shall not be disclosed to any person except as specifically provided for below.

4. All **CONFIDENTIAL MATERIAL** shall be designated as **CONFIDENTIAL MATERIAL** by marking the words "**CONFIDENTIAL MATERIAL**" or some similar phrase on the face of the documents.

5. Access to **CONFIDENTIAL MATERIAL** shall be limited to plaintiff, defendants, counsel of record for the respective parties to this action and regular employees and law clerks of said counsel who are assisting in the prosecution of this litigation, expert witnesses identified by counsel, consulting experts, and appropriate court personnel in the regular course of litigation.

6. Disclosure of the **CONFIDENTIAL MATERIAL** to the plaintiff, defendants, and/or to any other persons other than counsel of record in accordance with the terms of this Protective Order must be accompanied by a copy of this Protective Order, and counsel must inform said person(s) of the terms of this Protective Order, and said person(s) must agree to be bound by its terms.

7. If it becomes necessary to submit **CONFIDENTIAL MATERIAL** to the Court in connection with any filings or proceedings in this litigation, the

party using it shall move the Court to file such **CONFIDENTIAL MATERIAL** under seal with the Clerk of the Court.

8. Nothing in this Order shall be construed to restrict the use or disclosure of any documents which a party or non-party shall have acquired from independent sources.

9. Upon final conclusion of this litigation, by October 31, 2012 at the latest if the case proceeds to trial, counsel to whom **CONFIDENTIAL MATERIAL** has been disclosed shall return such **CONFIDENTIAL MATERIAL**, (and all copies thereof and all other papers containing such **CONFIDENTIAL MATERIAL**) to the party who produced it, or take measures to destroy copies of said **CONFIDENTIAL MATERIAL**.

10.   This Order may be modified or amended by agreement of the parties or upon further Order of the Court.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

\s\ *Karin A. Schute*
KARIN A. SCHUTE, #62019MO
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, Missouri 63188
Phone: (314) 340-7861
Fax: (314) 340-7029
karin.schute@ago.mo.gov
*Attorneys for Defendants Rodden, Cox, Love, St. Louis City Board of Police Commissioners, Slay, Lee, Irwin, Battle-Turner, and Gray*

AMERICAN CIVIL LIBERTIES
UNION OF EASTERN MISSOURI

/s/ *Grant R. Doty*
GRANT R. DOTY, #60788MO
ANTHONY ROTHERT, #44827MO
454 Whittier Street
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
tony@aclu-em.org
grant@aclu-em.org
*Attorneys for Plaintiff*

Order to be vacated 10/31/13

SO ORDERED:

Honorable Jean C. Hamilton
U.S. District Judge

Dated this ___ day of June, 2012.